Michael A. Shimokaji (Bar No. 94797)
SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
Irvine, CA 92618
(949) 788-9961
(949) 788-9969 - fax

Attorneys for Plaintiff
MARKZWARE.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARKZWARE, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ENFOCUS SOFTWARE, INC., a California corporation; ARTWORK SYSTEMS GROUP, N.V., a Belgian corporation; and ARTWORK SYSTEMS, N.V., a Belgian corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. SAC 7-461-JVS (ANx)<br><br>Hon. James V. Selna<br><br>**PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>**Markman Hearing:  3/24/08**<br>**Pre-Trial Conf:      8/25/08**<br>**Trial Date:            9/9/08** |

1  Plaintiff, MARKZWARE hereby makes its disclosure of asserted claims and
2  preliminary infringement contentions as required by N.D. CA Rule 3-1 as set forth in the
3  Stipulated Amended Scheduling Order dated 10/24/2007. This disclosure is being made
4  without prejudice to future additions, amendments, and deletions at any time; and
5  plaintiff waives no privilege by the provision of such information.

7  DATED:  November 5, 2007           SHIMOKAJI & ASSOCIATES, P.C.

                                     By:___/Michael A. Shimokaji/_____
                                           MICHAEL A. SHIMOKAJI
                                           Attorneys for Plaintiff