1 | Michael A. Shimokaji (Bar No. 94797)
SHIMOKAJI & ASSOCIATES, P.C.
2 | 8911 Research Drive
Irvine, CA 92618
3 | Phone:  (949) 788-9961
Fax:  (949) 788-9969
4 | E-mail:  mshimokaji@shimokaji.com

5 | Attorneys for Plaintiff

6 | Harrie R. Samaras (SBN 152,252)
Rex A. Donnelly (*pro hac vice*)
7 | Keith A. Walter (*pro hac vice*)
Phillip E. Gonzalez (*pro hac vice*)
8 | RATNERPRESTIA
1235 Westlakes Drive, Suite 301
9 | Berwyn, PA 19312
Phone:  (610) 407-0700
10 | Fax:  (610) 407-0701
E-mail:  hsamaras@ratnerprestia.com
11 |

12 | Attorneys for Defendants

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | SOUTHERN DIVISION

| | |
|---|---|
| MARKZWARE, a California corporation, | )  Civil Action No. |
| | )  SACV 7-461-JVS (ANx) |
| | ) |
| Plaintiff, | ) |
| v. | )  **JOINT REPORT ON** |
| | )  **LITIGATION STATUS** |
| ENFOCUS SOFTWARE, INC., a | ) |
| California corporation; ARTWORK | ) |
| SYSTEMS GROUP, N.V., a Belgian | )  **Date:**  December 3, 2007 |
| corporation; and ARTWORK SYSTEMS, | )  **Time:**  11:30 a.m. |
| N.V., a Belgian corporation, | )  **Ctrm:**  10C |
| | ) |
| | ) |
| Defendants. | ) |
| | )  Hon. James V. Selna |
| AND RELATED COUNTERCLAIMS | ) |

1    Pursuant to this Court's request at the Rule 16 scheduling conference held
2    on August 27, 2007 (see Transcript of Proceedings, page 10, attached hereto as
3    Exhibit A), the parties hereby submit a joint report regarding the status of the case
4    and issues to be discussed at the upcoming status conference of
5    December 3, 2007.
6    Since the Court's order of October 30, 2007 staying the case, the parties
7    have been preparing settlement documents and continuing their negotiations on
8    the terms of an agreement.
9    In the event that the parties cannot reach a final settlement by
10    November 30, 2007, and to the extent necessary, the parties will attempt to reach
11    an agreement in advance of the December 3, 2007 conference that modifies the
12    current scheduling order to accommodate the stay in the proceedings.
13    Further, in the event that the parties cannot reach a final settlement by
14    November 30, 2007, and upon the Court's lifting of the stay, defendants will be
15    filing two motions: (1) to amend Defendants' Answers and Counterclaims to add
16    another basis of inequitable conduct; and (2) for Judgment on the Pleadings that
17    Claims 1 through 9 of U.S. Patent No. 5,963,641 are invalid.

18                                   Respectfully submitted,

19

20    DATED: November 26, 2007      SHIMOKAJI & ASSOCIATES, P.C.

21                                   By: _____
22                                        MICHAEL A. SHIMOKAJI
23                                        Attorneys for Plaintiff

24

25    DATED: November 26, 2007      RATNERPRESTIA

26                                   By _____
27                                        HARRIE R. SAMARAS
                                          Attorneys for Defendants
28    4567419
      112607

-1-