Michael A. Shimokaji (SBN 94,797)
SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
Irvine, CA 92618
Phone: (949) 788-9961
Fax:   (949) 788-9969
E-mail: mshimokaji@shimokaji.com

Attorney for Plaintiff

Harrie R. Samaras (SBN 152,252)
hsamaras@ratnerprestia.com
Rex A. Donnelly (*pro hac vice*)
radonnelly@ratnerprestia.com
RATNERPRESTIA
1235 Westlakes Drive, Suite 1301
Berwyn, PA 19312
Phone: (610) 407-0700
Fax:   (610) 407-0701

Attorneys for Defendants

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARKZWARE, a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>ENFOCUS SOFTWARE, INC., a California corporation; ARTWORK SYSTEMS GROUP, N.V., a Belgian corporation; and ARTWORK SYSTEMS, N.V., a Belgian corporation.<br><br>        Defendants. | Civil Action No.<br>SACV 7-461-JVS (ANx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) F.R.Civ.P.**<br><br>**Hon. James V. Selna** |
| AND RELATED COUNTERCLAIMS | |

///

# ORDER

1  **IT IS HERBY ORDERED** that the complaint by Markzware and the counterclaim by Enfocus Software, Inc., Artwork Systems Group, N.V., and Artwork Systems, N.V. (collectively, "Defendants") be dismissed pursuant to the terms of the parties' stipulation.

Dated: _January 23_, 2008

_____
UNITED STATES DISTRICT COURT
Honorable James V. Selna